UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LAKATOS,<br><br>       Plaintiff,<br><br>v.<br><br>RLI CORP. et al.,<br><br>       Defendants. | Case No. 2:24-cv-03678-SB-MRW<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendant's motion to dismiss entered this date, it is ORDERED AND ADJUDGED that Plaintiff Jon Lakatos's claims against Defendant Mercury Insurance Company are dismissed without prejudice based on the Court's finding that Mercury was fraudulently joined, and Plaintiff's claims against Defendant RLI Insurance Company (erroneously sued as RLI Corp.) are dismissed on the merits with prejudice.

    This is a final judgment.

Date: June 7, 2024

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge